**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert DAVIS, Defendant–Appellant.**

**No. 03–20651.**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Assistant US Attorney, Katherine L. Haden, Assistant US Attorney, Houston, TX, for Plaintiff–Appellee.

Robert Daniel Davis, #97410–079, pro se, Beaumont, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.[*]

Robert Davis, federal prisoner number 97410–079, appeals the district court's denial of his motion to disclose the grand jury transcript. Davis has not shown that the district court had jurisdiction to grant his motion requesting grand jury transcripts in connection with a judicial proceeding. *United States v. Carvajal*, 989 F.2d 170, 170 (5th Cir.1993). Moreover, he has not alleged that the material is needed to avoid a possible injustice in an-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**394**

other judicial proceeding, and he cannot conduct a "fishing expedition" to find something that may support further relief under 28 U.S.C. § 2255. *See id.*

APPEAL DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.